1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9                AT TACOMA

10  CALVIN MALONE et al.,

11              Plaintiffs,                  CASE NO. 3:16-CV-05284-RBL-DWC

12       v.                                  ORDER ADOPTING REPORT AND
                                             RECOMMENDATION
13  MARK STRONG,

14              Defendant.

15      The Court, having reviewed the Report and Recommendation of Magistrate Judge David

16  W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

17  does hereby find and **ORDER:**

18      (1)    The Court adopts the Report and Recommendation.

19      (2)    Plaintiffs request for class action certification (Dkt. 28) is denied without
20             prejudice.

21      (3) The claims of Plaintiffs Mitchell, Fox, Schoonover, Robinson, Brooks, Cantley,
        Parsons, Townsend, Geier, Jones, Hancock, Nelson, Rafford, Cole, Mathis, Jaeger,
22      Brennan, Hopkins, Dumas, Pouncy, Jackson, McCollum, Azeem, Toomey, Coleman, and
        Turner are dismissed from Case No. 3:16-cv-05284 without prejudice.

23      (4) The Clerk is directed to open a case for each of the following Plaintiffs: Mitchell,
24      Fox, Schoonover, Robinson, Brooks, Cantley, Parsons, Townsend, Geier, Jones,

1    Hancock, Nelson, Rafford, Cole, Mathis, Jaeger, Brennan, Hopkins, Dumas, Pouncy, Jackson, McCollum, Azeem, Toomey, Coleman, and Turner (Dkts. 2-27).

2

3    (5) The Clerk is directed to docket each Plaintiff's pending Application to Proceed IFP in each new case (Dkts. 2-27).

4    (6) The Clerk is directed to docket the Proposed Complaint (Dkt. 28) as the proposed complaint in each new case.

5

6    (7) The Clerk is directed to assign each new case to District Judge Leighton and referred to Magistrate Judge Christel.

7

Dated this 23rd day of June, 2016.

8

9

10   Ronald B. Leighton (as auth/dn)
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2